UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

---

No. 6:26-cv-00358

---

**Dante J. Houston,**
*Plaintiff,*
v.
**Adrian Peterson,**
*Defendant.*

---

# ORDER

Plaintiff, proceeding pro se, sued defendant for breach of an oral contract. Doc. 1. The magistrate judge filed a report recommending that the case be dismissed for lack of subject-matter jurisdiction. Doc. 3. Plaintiff filed an objection. Doc. 4.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). Furthermore, a party's entitlement to de novo review does not entitle it to raise arguments that were not presented to the magistrate judge without a compelling reason. *See Cupit v. Whitley*, 28 F.3d 532, 535 & n.5 (5th Cir. 1994).

The magistrate judge recommends that this case be dismissed for lack of subject-matter jurisdiction. Doc. 3. Plaintiff objects on the grounds that (1) dismissal would violate his fourteenth amendment and "5th amendment" right to procedural due process and that (2) he is without an attorney. Doc. 4. The court finds that the objections are unrelated to the grounds on which the magistrate judge recommends dismissal. Such objections need not be

considered by the district court, so the court overrules plaintiff's objections. *Nettles*, 677 F.2d at 410 n. 8.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed without prejudice for lack of subject matter jurisdiction.

*So ordered by the court on September 1, 2026.*

J. CAMPBELL BARKER
United States District Judge